**Exhibit A**
**Statement of Claim**
**Plaintiff Bryanna Alexandra Dennis**

**Unpaid Overtime and Minimum Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Weekly Pay[1] | Equivalent Hourly Rate Paid | Minimum Wage Hourly Rate[1] | Applicable Overtime Hourly Rate[1] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|---|
| 1/11/20 - 1/16/20 | 0.86 | 43 | $ - | $ - | $ 8.56 | $ 12.84 | $ 315.50 | $ 11.01 | $ 326.50 |
| 1/4/20 - 1/10/20 | 1.00 | | $ - | $ - | | $ 12.84 | $ 368.08 | $ 12.84 | $ 380.92 |
| 12/28/19 - 1/3/20 | 1.00 | | $ 2,600.87 | $ 60.49 | | $ 90.73 | $ - | $ 90.73 | $ 90.73 |
| 12/21/19 - 12/27/19 | 1.00 | | $ - | $ - | | $ 12.69 | $ 363.78 | $ 12.69 | $ 376.47 |
| 12/14/19 - 12/20/19 | 1.00 | 64 | $ 2,177.26 | $ 34.02 | | $ 51.03 | $ - | $ 408.24 | $ 408.24 |
| 12/7/19 - 12/13/19 | 1.00 | | $ 1,792.88 | $ 28.01 | | $ 42.02 | $ - | $ 336.17 | $ 336.17 |
| 11/30/19 - 12/6/19 | 1.00 | | $ 342.03 | $ 5.34 | | $ 12.69 | $ 199.41 | $ 101.52 | $ 300.93 |
| 11/23/19 - 11/29/19 | 1.00 | | $ 788.67 | $ 12.32 | | $ 18.48 | $ - | $ 147.88 | $ 147.88 |
| 11/16/19 - 11/22/19 | 1.00 | | $ 2,148.00 | $ 33.56 | | $ 50.34 | $ - | $ 402.75 | $ 402.75 |
| 11/9/19 - 11/15/19 | 1.00 | 43 | $ 880.37 | $ 20.47 | $ 8.46 | $ 30.71 | $ - | $ 30.71 | $ 30.71 |
| 11/2/19 - 11/8/19 | 1.00 | | $ 1,573.48 | $ 36.59 | | $ 54.89 | $ - | $ 54.89 | $ 54.89 |
| 10/26/19 - 11/1/19 | 1.00 | | $ 2,386.58 | $ 55.50 | | $ 83.25 | $ - | $ 83.25 | $ 83.25 |
| 10/19/19 - 10/25/19 | 1.00 | | $ 34.11 | $ 0.79 | | $ 12.69 | $ 490.67 | $ 12.69 | $ 503.36 |
| 10/12/19 - 10/18/19 | 1.00 | | $ 1,292.83 | $ 30.07 | | $ 45.10 | $ - | $ 45.10 | $ 45.10 |
| 10/5/19 - 10/11/19 | 1.00 | | $ 552.59 | $ 12.85 | | $ 19.28 | $ - | $ 19.28 | $ 19.28 |
| 9/28/19 - 10/4/19 | 1.00 | | $ 653.37 | $ 15.19 | | $ 22.79 | $ - | $ 22.79 | $ 22.79 |
| 9/21/19 - 9/27/19 | 1.00 | | $ 1,090.49 | $ 25.36 | | $ 38.04 | $ - | $ 38.04 | $ 38.04 |
| 9/14/19 - 9/20/19 | 1.00 | | $ 694.31 | $ 16.15 | | $ 24.22 | $ - | $ 24.22 | $ 24.22 |
| 9/7/19 - 9/13/19 | 1.00 | | $ 1,446.96 | $ 33.65 | | $ 50.48 | $ - | $ 50.48 | $ 50.48 |
| 8/31/19 - 9/6/19 | 1.00 | | $ 773.06 | $ 17.98 | | $ 26.97 | $ - | $ 26.97 | $ 26.97 |
| 8/24/19 - 8/30/19 | 1.00 | | $ 888.77 | $ 20.67 | | $ 31.00 | $ - | $ 31.00 | $ 31.00 |
| 8/17/19 - 8/23/19 | 1.00 | | $ 269.98 | $ 6.28 | | $ 12.69 | $ 139.61 | $ 12.69 | $ 152.30 |
| 8/14/19 - 8/16/19 | 0.43 | | $ 200.00 | $ 10.85 | | $ 16.28 | $ - | $ 6.98 | $ 6.98 |
| | | | | | | | $ 1,877.05 | $ 1,982.89 | $ 3,859.94 |

Total Unpaid Minimum Wages[1] = $ 1,877.05
Total Unpaid Overtime Wages[1] = $ 1,982.89
Total Liquidated Damages[1] = $ 3,859.94
Total[1] = $ 7,719.88

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.